# FINANCIAL DISCLOSURE REPORT

Page 5 of 13

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bryan Cave (Pension Plan) | E | Withdrawal | N | T | | | | | See Footnote 1 |
| 2. Fennemore Craig (Pension Plan) | E | Withdrawal | O | T | | | | | See Footnote 2 |
| 3. Interest AZ Elected Officials Retirement | B | Pension | J | U | | | | | |
| 4. Checking Account: Suntrust Bank, Washington, DC | A | Interest | K | T | | | | | |
| 5. Checking Account - Chevy Chase Bank, Washington, D. C. | D | Interest | N | T | | | | | |
| 6. Folger Nolan Fleming Douglas, Wash,DC | | None | | | Closed | 05/07 | | | |
| 7. USB Bank Account | | None | | | Opened | 04/30 | J | | |
| 8. | | | | | Closed | 05/25 | J | | |
| 9. Oil and Gas Royalty fractional interest, Panola Cty., TX | A | Royalty | J | W | | | | | |
| 10. Maricopa Cty., AZ Hospital, Revenue Samaritan Health Serv | | None | | | Redemption | | | | See Footnote 3 |
| 11. Charles Schwab Cash & Money Market Fund | B | Dividend | K | T | Opened | 05/07 | J | | |
| 12. U. S. Treasury Note | C | Interest | M | T | | | | | |
| 13. U.S. Treasury Bill | B | Interest | | | Redemption | 08/09 | L | | |
| 14. U.S. Treasury | B | Interest | | | Redemption | 01/11 | L | | |
| 15. U. S. Treasury Bill | A | Interest | | | Redemption | 02/22 | K | | |
| 16. Tucson Arizona Water System Bonds | C | Interest | M | T | | | | | |
| 17. Washington Suburban Sanitary District Bonds | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Abbott Laboratories | A | Dividend | | | Sell | 06/15 | L | | |
| 19. AES Corp. | | None | L | T | | | | | |
| 20. American Intl Group, Inc. | A | Dividend | K | T | | | | | |
| 21. Amgen, Inc. | | None | | | Part sale | 06/11 | K | | |
| 22. | | | | | Sell | 06/15 | J | | |
| 23. Baker Hughes Inc. | A | Dividend | K | T | Buy | 6/29 | K | | |
| 24. Baxter International | B | Dividend | M | T | | | | | |
| 25. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 26. Capital One Financial Corp. | | None | K | T | Buy | 11/13 | K | | |
| 27. Cardinal Health | A | Dividend | K | T | | | | | |
| 28. Citigroup | A | Dividend | K | T | | | | | |
| 29. Citrix Systems Inc. | | None | J | T | Buy | 06/21 | J | | |
| 30. Comcast Corp. | | None | K | T | Buy | 07/19 | L | | |
| 31. Computer Sciences Corp. | | None | K | T | Buy | 08/14 | K | | |
| 32. Compuware | | None | K | T | Buy | 08/14 | K | | |
| 33. Discover Financial Services | A | Dividend | J | T | Spin Off | 6/30 | K | | |
| 34. Dupont (E.I.) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ebay Inc. | | None | K | T | Buy | 06/19 | K | | |
| 36. Edwards Life Sciences Corp. | | None | J | T | | | | | |
| 37. Electronic Data Sys Corp. | A | Dividend | K | T | Buy | 06/20 | K | | |
| 38. EMC Corp. Mass | | None | | | Sell | 6/26 | L | | |
| 39. Entegris | | None | J | T | | | | | |
| 40. Exxon Mobil | A | Dividend | L | T | | | | | |
| 41. FedEx Corp | A | Dividend | K | T | Buy | 06/15 | K | | |
| 42. | | | | | Buy | 10/16 | J | | |
| 43. GAP, Inc. | A | Dividend | K | T | Buy | 6/29 | K | | |
| 44. General Electric | B | Dividend | L | T | Part Sale | 06/14 | L | | |
| 45. Hanesbrands | | None | K | T | | | | | |
| 46. Hewelett-Packard Co. | A | Dividend | K | T | Buy | 06/19 | L | | |
| 47. Hitachi Ltd Adr New | A | Dividend | K | T | Buy | 06/19 | K | | |
| 48. Honda Motor Co. Ltd Adr | A | Dividend | | | Buy | 06/19 | K | | |
| 49. | | | | | Sell | 11/29 | K | | |
| 50. Johnson & Johnson | A | Dividend | | | Sell | 06/11 | M | | |
| 51. Knight Trasnportation | A | Dividend | | | Sell | 06/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Legg Mason Inc. | A | Dividend | J | T | Buy | 10/16 | K | | |
| 53. Lilly (Eli) | A | Dividend | | | Sell | 06/11 | J | | |
| 54. Marteck Biosciences Corp. | | Interest | | | Sell | 06/15 | K | | |
| 55. Matsushita Elec Ind. Adr | A | Dividend | K | T | Buy | 06/19 | K | | . |
| 56. Millipore | | None | K | T | | | | | |
| 57. Morgan Stanley & Co. | A | Dividend | L | T | | | | | |
| 58. Morgan Stanley Emrg Market | | None | | | Sell | 06/14 | L | | See Footnote 5 |
| 59. Motorola, Inc. | A | Dividend | L | T | Buy | 06/16 | L | | |
| 60. | | | | T | Buy | 10/16 | J | | |
| 61. MVC Capital | A | Dividend | J | T | | | | | |
| 62. Nestle SA | B | Dividend | L | T | | | | | |
| 63. New York Times CL A COM | A | Dividend | | | Sell | 07/16 | K | | |
| 64. Novartis AG-ADR | | None | K | T | Buy | 06/20 | K | | |
| 65. Occidental Pete Corp. | A | Dividend | K | T | Buy | 08/14 | K | | |
| 66. Omnicom Group | A | Dividend | M | T | | | | | |
| 67. Proctor & Gamble | A | Dividend | | | Sell | 06/14 | M | | |
| 68. Sanofi-Aventis-ADR | | None | K | T | Buy | 06/20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| O'CONNOR, SANDRA D | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Sara Lee Corp. | A | Dividend | L | T | | | | | |
| 70. Saul Centers Inc. | B | Dividend | L | T | | | | | |
| 71. Schlumberger Ltd. | A | Dividend | K | T | Buy | 06/29 | K | | |
| 72. Sigma Aldrich Corp. | A | Dividend | M | T | | | | | |
| 73. Smucker JM | A | Dividend | | | Sell | 06/14 | J | | |
| 74. Sonoco Products Co. | A | Dividend | K | T | | | | | |
| 75. Sony Corp. Adr | A | Dividend | L | T | Buy | 06/19 | L | | |
| 76. Sprint Nextel Corp. | A | Dividend | K | T | Buy | 06/19 | K | | |
| 77. | | | | | Buy | 10/16 | K | | |
| 78. St. Paul Travelers Cos | A | Dividend | K | T | | | | | |
| 79. Stryker | A | Dividend | | | Sell | 06/26 | L | | |
| 80. Suncor Energy | A | Dividend | | | Sell | 06/26 | L | | |
| 81. Sun Microsystems Inc. | | None | J | T | Buy | 11/13 | K | | |
| 82. Tyco Electronics Ltd. | A | Dividend | K | T | Buy | 08/14 | K | | |
| 83. Union Pacific Corp. | A | Dividend | L | T | Buy | 06/15 | K | | |
| 84. Verigy Ltd. | | None | | | Sell | 06/26 | J | | |
| 85. West Pharmaceutical Services | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. White Mountain Insurance | A | Dividend | | | Sell | 10/11 | K | | |
| 87. Zimmer Holdings | | None | J | T | | | | | |
| 88. IRA NO.1 (Income to Acct only) | | None | | | Withdrawal | 05/16 | | | See Footnote 4 |
| 89. -Amgen | | | | | Sell | 05/10 | K | | |
| 90. -Johnson & Johnson | | | | | Sell | 05/10 | J | | |
| 91. -Nestle ADR | | | | | Sell | 05/10 | K | | |
| 92. -Omnicom Group | | | | | Sell | 05/10 | L | | |
| 93. IRA NO.2 (Income to Acct only) | | None | | | Withdrawal | 05/16 | | | See Footnote 4 |
| 94. -Alcatel-Lucent Spon ADR | | | | | Sell | 05/10 | J | | |
| 95. -Amgen | | | | | Sell | 05/10 | J | | |
| 96. -Baxter International | | | | | Sell | 05/10 | K | | |
| 97. -Bristol Myers Squibb | | | | | Sell | 05/10 | K | | |
| 98. -Du Pont (EI) | | | | | Sell | 05/10 | K | | |
| 99. -Edwards Life Sciences | | | | | Sell | 05/10 | J | | |
| 100. -Johnson & Johnson | | | | | Sell | 05/10 | J | | |
| 101. -Lilly (Eli) | | | | | Sell | 05/10 | L | | |
| 102. -Nestle ADR | | | | | Sell | 05/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 06/13/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Newell Rubbermaid | | | | | Sell | 05/10 | K | | |
| 104. -Omnicom Group | | | | | Sell | 05/10 | L | | |
| 105. -Pfizer | | | | | Sell | 05/10 | M | | |
| 106. -Sigma Aldrich | | | | | Sell | 05/10 | L | | |
| 107. -Washington Mutual | | | | | Sell | 05/10 | K | | |
| 108. - Zimmer Holdings | | | | | Sell | 05/10 | J | | |
| 109. Dodge & Cox Balanced Fund - Acct. 1 | D | Distribution | M | T | Rollover | 05/18 | M | | See Footnote 4 |
| 110. | B | Dividend | | T | | | | | |
| 111. Dodge & Cox Balanced Fund - Acct. 2 | E | Distribution | O | T | Rollover | 05/18 | O | | See Footnote 4 |
| 112. | D | Dividend | | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

(1)     ████████ was a partner in the Bryan Cave law firm. The indicated value of this entry is the value of a pension plan administered by The Vanguard Group.

(2)     ████████ was a principal in the law firm of Fennemore, Craig, von Ammon & Udall, P. C. (now Fennemore Craig, P. C.) until December 31, 1981. The indicated value for this entry is the value of his interest in the firm's pension plan.

(3)     The holding listed as Maricopa County, Arizona Hospital, Revenue Samaritan Health Services has been erroneously listed. The disclosure should have shown that:
1/2/1998 - Early partial redemption of bond for $5,000.00 and
1/2/2001 - Early final redemption of bond for $5,000.00.

(4)     All the investments in IRA No. 1 were liquidated and the monies transferred to Dodge and Cox Account No. 1. All investments in IRA No. 2 were liquidated and the monies transferred to Dodge and Cox Account No. 2.

The Dodge and Cox balanced funds accounts are a form of mutual funds.

(5)     The holding listed as Morgan Stanley Emrg Market was acquired March 6, 2006 and erroneously listed in the calendar year 2006 report as part of a similarly named holding of Morgan Stanley & Co. The Morgan Stanley Emrg Market holding was sold June 16, 2007.

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  O'CONNOR, SANDRA D | 2. Court or Organization  SUPREME COURT OF UNITED STATES | 3. Date of Report  04/10/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Associate Justice | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address  1 FIRST STREET, N.E. WASHINGTON, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | The National Constitution Center |
| 2. | Member | The Rockefeller Foundation, Board of Trustees |
| 3. | Member, Advisory Board | Smithsonian National Museum of Natural History |
| 4. | Board Member | ABA Central European and Eurasian Law Initiative Council |
| 5. | Member Advisory Commission | ABA Standing Committee on the Law Library of Congress |
| 6. | Board Member | ABA Museum of Law |
| 7. | Board Member | Foundation for the Future |
| 8. | Co-Chair, National Advisory Council | Campaign for the Civic Mission of Schools |
| 9. | Member | Center for Strategic & International Studies (CSIS), Commission on Smart Power |
| 10. | Chancellor | College of William and Mary |
| 11. | Member, Advisory Board | The Henry Clay Center for Statemanship |
| 12. | Special Advisor | ABA Rule of Law Initiative |
| 13. | Honorary Co-Chair | ABA Commission on Civic Education and Separation of Powers |
| 14. | Honorary Chair | America's 400th Anniversary of Jamestown |
| 15. | Member, Advisory Committee | Bridges of Understanding |
| 16. | Honorary Chairperson | MacArthur Foundation, Neuroscience and Law Program |

| | | |
|---|---|---|
| 17. | Honorary Chair | Colonial Williamsburg Foundation, National Advisory Committee |
| 18. | Member, Selection Committee | Oklahoma City National Memorial & Museum 2006 Reflections of Hope Award |
| 19. | Member, Advisory Council | Paul G. Rogers Society for Global Health Research |
| 20. | Honorary Board Chair | People of America Foundation |
| 21. | Advisor | The Peter Gruber Foundation, Gruber Justice Prize |
| 22. | Board Member | Randall Lineback Breed Association |
| 23. | Honorary Board Member | Smithsonian Associates Advisory Council |
| 24. | Honorary Board Member | State Bar of Arizona Leadership Institute |
| 25. | Member | American for Generational Equity, Board of Trustees |
| 26. | Board Member | William H. Rehnquist Center |
| 27. | Member | Council for Excellence in Government, Board of Trustees |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 04/10/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/27/07 | Random House - royalty | $ 902.08 |
| 2. 05/25/07 | U.S. Embassy Beijing - per diem | $ 708.00 |
| 3. 07/17/07 | Random House - royalty | $ 795.52 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | See Attached Schedule IV | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 04/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bryan Cave (Pension Plan) | E | Withdrawal | N | T | | | | | See Footnote 1 |
| 2. Fennemore Craig (Pension Plan) | E | Withdrawal | O | T | | | | | See Footnote 2 |
| 3. Interest AZ Elected Officials Retirement | B | Pension | J | U | | | | | |
| 4. Checking Account: Suntrust Bank, Washington, DC | A | Interest | K | T | | | | | |
| 5. Checking Account - Chevy Chase Bank, Washington, D. C. | D | Interest | N | T | | | | | |
| 6. Folger Nolan Fleming Douglas, Wash,DC | | None | | | Closed | 05/07 | | | |
| 7. USB Bank Account | | | | T | Opened | 04/30 | J | | |
| 8. | | | | T | Closed | 05/25 | J | | |
| 9. Oil and Gas Royalty fractional interest, Panola Cty., TX | A | Royalty | J | W | | | | | |
| 10. Maricopa Cty., AZ Hospital, Revenue Samaritan Health Serv | | None | | | Redemption | | | | See Footnote 3 |
| 11. Charles Schwab Cash & Money Market Fund | B | Dividend | | T | Opened | 05/07 | J | | |
| 12. U. S. Treasury Note | C | Interest | M | T | | | | | |
| 13. U.S. Treasury Bill | B | Interest | | T | Redemption | 08/09 | L | | |
| 14. U.S. Treasury | B | Interest | | T | Redemption | 01/11 | L | | |
| 15. U. S. Treasury Bill | A | Interest | | T | Redemption | 02/22 | K | | |
| 16. Tucson Arizona Water System Bonds | C | Interest | M | T | | | | | |
| 17. Washington Suburban Sanitary District Bonds | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| O'CONNOR, SANDRA D | -- | 04/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Abbott Laboratories | A | Dividend | | T | Sell | 06/15 | L | | |
| 19. AES Corp. | | None | L | T | | | | | |
| 20. American Intl Group, Inc. | A | Dividend | K | T | | | | | |
| 21. Amgen, Inc. | | | | T | Part sale | 06/11 | K | | |
| 22. | | | | T | Part Sale | 06/15 | J | | |
| 23. Baker Hughes Inc. | A | Dividend | K | T | Buy | 6/29 | K | | |
| 24. Baxter International | B | Dividend | M | T | | | | | |
| 25. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 26. Capital One Financial Corp. | | None | K | T | Buy | 11/13 | K | | |
| 27. Cardinal Health | A | Dividend | K | T | | | | | |
| 28. Citigroup | A | Dividend | K | T | | | | | |
| 29. Citrix Systems Inc. | | None | J | T | Buy | 06/21 | | | |
| 30. Comcast Corp. | | None | K | T | Buy | 07/19 | L | | |
| 31. Computer Sciences Corp. | | None | K | T | Buy | 08/14 | K | | |
| 32. Compuware | | None | K | T | Buy | 08/14 | K | | |
| 33. Discover Financial Services | A | Dividend | J | T | Spin Off | 6/30 | K | | |
| 34. Dupont (E.I.) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 04/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Ebay Inc. | | None | K | T | Buy | 06/19 | K | | |
| 36. Edwards Life Sciences Corp. | | None | J | T | | | | | |
| 37. Electronic Data Sys Corp. | A | Dividend | K | T | Buy | 06/20 | K | | |
| 38. EMC Corp. Mass | | None | | T | Sell | 6/26 | L | | |
| 39. Entegris | | None | J | T | | | | | |
| 40. Exxon Mobil | A | Dividend | L | T | | | | | |
| 41. FedEx Corp | A | Dividend | K | T | Buy | 06/15 | K | | |
| 42. | | | | T | Buy | 10/16 | J | | |
| 43. GAP, Inc. | A | Dividend | K | T | Buy | 6/29 | K | | |
| 44. General Electric | B | Dividend | L | T | Part Sale | 06/14 | L | | |
| 45. Hanesbrands | | None | K | T | | | | | |
| 46. Hewelett-Packard Co. | A | Dividend | K | T | Buy | 06/19 | L | | |
| 47. Hitachi Ltd Adr New | A | Dividend | K | T | Buy | 06/19 | K | | |
| 48. Honda Motor Co. Ltd Adr | A | Dividend | | T | Buy | 06/19 | K | | |
| 49. | | | | T | Sell | 11/29 | K | | |
| 50. Johnson & Johnson | A | Dividend | | T | Sell | 06/11 | M | | |
| 51. Knight Trasnportation | A | Dividend | | T | Sell | 06/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 04/10/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Legg Mason Inc. | A | Dividend | J | T | Buy | 10/16 | K | | |
| 53. Lilly (Eli) | A | Dividend | | T | Sell | 06/11 | J | | |
| 54. Marteck Biosciences Corp. | | Interest | | T | Sell | 06/15 | K | | |
| 55. Matsushita Elec Ind. Adr | A | Dividend | K | T | Buy | 06/19 | K | | |
| 56. Millipore | | None | K | T | | | | | |
| 57. Morgan Stanley & Co. | A | Dividend | L | T | | | | | |
| 58. Morgan Stanley Emrg Market | | | | T | Sell | 06/14 | L | | |
| 59. Motorola, Inc. | A | Dividend | L | T | Buy | 06/16 | L | | |
| 60. | | | | T | Buy | 10/16 | J | | |
| 61. MVC Capital | A | Dividend | J | T | | | | | |
| 62. Nestle SA | B | Dividend | L | T | | | | | |
| 63. New York Times CL A COM | A | Dividend | | T | Sell | 07/16 | K | | |
| 64. Novartis AG-ADR | | None | K | T | Buy | 06/20 | K | | |
| 65. Occidental Pete Corp. | A | Dividend | K | T | Buy | 08/14 | K | | |
| 66. Omnicom Group | A | Dividend | M | T | | | | | |
| 67. Proctor & Gamble | A | Dividend | | T | Sell | 06/14 | M | | |
| 68. Sanofi-Aventis-ADR | | None | K | T | Buy | 06/20 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 04/10/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Sara Lee Corp. | A | Dividend | L | T | | | | | |
| 70. Saul Centers Inc. | B | Dividend | L | T | | | | | |
| 71. Schlumberger Ltd. | A | Dividend | K | T | Buy | 06/29 | K | | |
| 72. Sigma Aldrich Corp. | A | Dividend | M | T | | | | | |
| 73. Smucker JM | A | Dividend | | T | Sell | 06/14 | J | | |
| 74. Sonoco Products Co. | A | Dividend | K | T | | | | | |
| 75. Sony Corp. Adr | A | Dividend | L | T | Buy | 06/19 | L | | |
| 76. Sprint Nextel Corp. | A | Dividend | K | T | Buy | 06/19 | K | | |
| 77. | | | | | Buy | 10/16 | K | | |
| 78. St. Paul Travelers Cos | A | Dividend | K | T | | | | | |
| 79. Stryker | A | Dividend | | T | Sell | 06/26 | L | | |
| 80. Suncor Energy | A | Dividend | | T | Sell | 06/26 | L | | |
| 81. Sun Microsystems Inc. | | None | J | T | Buy | 11/13 | K | | |
| 82. Tyco Electronics Ltd. | A | Dividend | K | T | Buy | 08/14 | K | | |
| 83. Union Pacific Corp. | A | Dividend | L | T | Buy | 06/15 | K | | |
| 84. Verigy Ltd. | | None | | T | Sell | 06/26 | J | | |
| 85. West Pharmaceutical Services | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 04/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  White Mountain Insurance | A | Dividend | | T | Sell | 10/11 | K | | |
| 87.  Zimmer Holdings | | None | J | T | | | | | |
| 88.  IRA NO.1 (Income to Acct only) | | None | | T | Withdrawal | 05/16 | | | See Footnote 4 |
| 89.  -Amgen | | | | | Sell | 05/10 | K | | |
| 90.  -Johnson & Johnson | | | | | Sell | 05/10 | J | | |
| 91.  -Nestle ADR | | | | | Sell | 05/10 | K | | |
| 92.  -Omnicom Group | | | | | Sell | 05/10 | L | | |
| 93.  IRA NO.2 (Income to Acct only) | | None | | T | Withdrawal | 05/16 | | | See Footnote 4 |
| 94.  -Alcatel-Lucent Spon ADR | | | | | Sell | 05/10 | J | | |
| 95.  -Amgen | | | | | Sell | 05/10 | J | | |
| 96.  -Baxter International | | | | | Sell | 05/10 | K | | |
| 97.  -Bristol Myers Squibb | | | | | Sell | 05/10 | K | | |
| 98.  -Du Pont (EI) | | | | | Sell | 05/10 | K | | |
| 99.  -Edwards Life Sciences | | | | | Sell | 05/10 | J | | |
| 100. -Johnson & Johnson | | | | | Sell | 05/10 | J | | |
| 101. -Lilly (Eli) | | | | | Sell | 05/10 | L | | |
| 102. -Nestle ADR | | | | | Sell | 05/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Column C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 04/10/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Newell Rubbermaid | | | | | Sell | 05/10 | K | | |
| 104. -Omnicom Group | | | | | Sell | 05/10 | L | | |
| 105. -Pfizer | | | | | Sell | 05/10 | M | | |
| 106. -Sigma Aldrich | | | | | Sell | 05/10 | L | | |
| 107. -Washington Mutual | | | | | Sell | 05/10 | K | | |
| 108. - Zimmer Holdings | | | | | Sell | 05/10 | J | | |
| 109. Dodge & Cox Balanced Fund - Acct. 1 | D | Distribution | M | T | Rollover | 05/18 | M | | See Footnote 4 |
| 110. | B | Dividend | | T | | | | | |
| 111. Dodge & Cox Balanced Fund - Acct. 2 | E | Distribution | O | T | Rollover | 05/18 | O | | See Footnote 4 |
| 112. | D | Dividend | | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 04/10/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Financial Disclosure Report - 2007
Sandra Day O'Connor
Date of Report: _____

IV. Reimbursements of
Transportation, Lodging, Food, Entertainment

| 1. | Ninth Circuit Federal Judicial Center, Mid-Winter Workshop | January 30-31. Santa Barbara, California<br>Luncheon speaker, participate in panel discussions<br>(Transportation, lodging, and meals for self) |
|---|---|---|
| 2. | Annenberg Foundation | February 1 - 3. Palm Springs, California<br>Participate in Annenberg Foundation Conference<br>(Transportation, lodging, and meals for self) |
| 3. | University of Arizona, | February 8 - 10. Tucson, Arizona<br>Jurist in Residence Program<br>(Lodging and meals for self) |
| 4. | U. S. Court of Appeals for the Eighth Circuit | February 11 - 13. St. Louis, Missouri<br>Sitting with the Eighth Circuit Panel<br>(Transportation, lodging and meals for self) |
| 5. | Washington University in St. Louis School of Law | February 13. St. Louis, Missouri<br>Visit with a student class<br>(Lodging for self) |
| 6. | Foundation for the Future U. S. State Department | February 19 - 21. Geneva, Switzerland<br>Attend board meeting and luncheon remarks for the American International Club<br>(Transportation, lodging and meals for self) |
| | American Association of School Administrators | February 28 - 29. New Orleans<br>Participate in a public education video project and remarks at the General session.<br>(Transportation, lodging, and meals for self) |
| 7. | Stanford University Stanford Institute for Economic Policy Research | March 1 - 2. Stanford, California<br>Opening remarks at the 2007 Economic Summit, received the George Schultz Award; attend panel discussions<br>(Transportation, lodging and meals for self) |
| 8. | Peter and Patricia Gruber Foundation | March 15 - 16. New York City, New York<br>Justice Prize Advisory Board meetings<br>(Transportation, lodging and meals for self) |
| 9. | Old School Square Lecture Series | March 22. West Palm Beach, Florida<br>Lecture<br>(Transportation for self) |
| 10. | Southern Methodist Univ. School of Law | April 5. Dallas, Texas<br>Participate in Judicial Independence Conference and make remarks<br>(Transportation, lodging and meals for self) |

| | | |
|------|-----|-----|
| 11. | Loyola University and Illinois State Bar Association | April 10. Chicago, Illinois<br>Participate in Judicial Independence Conference<br>(Transportation, lodging and meals for self) |
| 12. | American Inns of Court | April 14. Richmond, Virginia<br>Remarks at Judicial Independence and Rule of Law Conference<br>(Lodging and meals for self) |
| 13. | Supreme Court of the United States | April 16 - 20. Washington, D. C. and Williamsburg, Virginia<br>Participate in Canadian/U. S. Legal Exchange<br>(Transportation to and lodging in Williamsburg, and meals for self) |
| 14. | Colonial Williamsburg Foundation and Jamestown 400th Commemoration Commission | May 3. Williamsburg, Virginia<br>Participate in events for Royal visit<br>(Lodging and meals for self) |
| 15. | Colonial Williamsburg Foundation and Jamestown 400th Commemoration Commission | May 11 - 12. Williamsburg, Virginia<br>Participate in events for Jamestown 2007 Commemoration Anniversary weekend.<br>(Lodging and meals for self) |
| 16. | College of William and Mary | May 20 - Williamsburg, Virginia<br>Participate in Commencement activities<br>(Traveling for self) |
| 17. | International Judicial Relations Committee; University of Tulsa College of Law and Cherokee Nation | May 31 - June 2 - Oklahoma City, Tulsa and Tahlequah, OK<br>Participate in various programs and panels<br>(Travel, lodging and meals for self) |
| 18. | ABA Rule of Law Initiative - CEELI Institute | June 5 - 11 - Prague and Kiev, Ukraine<br>Participate in building dedication ceremonies; symposium<br>(Travel, lodging and meals for self) |
| 19. | United States Golf Assoc. | June 16. Oakmont, Pennsylvania<br>Participate in President's Council meeting<br>(Transportation to and from airport and meals for self) |
| 20. | Rockefeller Foundation Board | June 20-21. New York, New York<br>Participate in Board meetings<br>(Transportation, meals, lodging for self) |
| 21. | New Mexico State Bar Convention | July 10-14. Ruidoso, New Mexico<br>Remarks at Annual Convention, and participate in a panel presentation<br>(Transportation, meals, lodging for self) |
| 22. | National Governors' Conference | July 23. Traverse City, Michigan<br>Participate in panel discussion<br>(Transportation, lodging for self) |

| | | |
|---|---|---|
| 23. | Elon University | July 29 - August 1.<br>Discussions with Dr. Lambert and others concerning direction of the University<br>(Meals, lodging for self) |
| 24. | Chautauqua Institute | August 8 - 10.  Chautauqua, New York<br>Speaking engagements<br>(Travel, lodging and meals for self) |
| 25. | National Association of Women Judges | August 25. - San Diego, California<br>Luncheon address for the West Coast Regional Conference<br>(Travel for self) |
| 26. | U. S. Embassy in Austria | August 30 - 31. Vienna, Austria<br>Meeting with Embassy Officers;<br>Lecture at the University of Vienna Law School<br>(Lodging, meals and transportation to Salzburg, Austria for self) |
| 27. | Salzburg Seminar | Sept. 1 - 5.  Salzburg Seminar<br>Participate in programs and panel discussions.<br>(Transportation, lodging, and meals for self) |
| 28. | Colonial Williamsburg Foundation and Jamestown 400th Commemoration Commission | September 15 - 16.  Williamsburg, Virginia<br>Participate in World Forum on Democracy event'<br>(Transportation, lodging, and meals for self) |
| 29. | Pennsylvania Commission on Judicial Independence and Pennsylvania Bar Association | September 19.  Harrisburg, Pennsylvania<br>Address the Pennsylvania Commission on Judicial Independence<br>(Transportation and meal for self.) |
| 30. | Supreme Court of the United States | Sept. 24 - 28.  Montreal and Ottawa, Canada<br>Participate in Canadian/U. S. Legal Exchange<br>(Transportation, lodging and meals for self) |
| 31. | Washington Attorney General's Conference | October 2 -3.  Seattle, Washington<br>Remarks and participate in panel discussions<br>(Transportation and meals provided for self) |
| 32. | Association of Business Trial Lawyers Association | October 5.  Napa, California<br>Address conference attendees<br>(Transportation, lodging and meals for self) |
| 33. | Institute for the Advancement of the American Legal System, University of Denver | October 10.  Denver, Colorado<br>Visit the University of Denver Sturm School of Law, Law School Faculty luncheon and give remarks at an event for the Institute for the Advancement of the American Legal System<br>(Local transportation and meals for self) |
| 34. | American Trial Lawyers | October 11 - 12. Denver, Colorado |

| | | |
|---|---|---|
| | Association | Participate in activities and address the members at its program (Transportation, lodging and meals for self) |
| 35. | University of Stanford Law School | October 13. Palo Alto, California Participate in activities and panel discussions (Transportation, lodging and meals for self) |
| 36. | Emory University School of Law | October 19. Atlanta, Georgia Address conference and participate in panel discussions (Transportation, lodging and meals for self) |
| 37. | Cornell University Law School | October 19-23. Ithaca, New York Participate in Distinguished Jurist Program (Transportation, lodging and meals for self) |
| 38. | Foundation for the Future | November 2-4. Paris, France Participate in Board Meetings (Transportation, lodging and meals for self) |
| 39. | Aspen Institute | November 9-10. Queensland at Wye Woods, Maryland Participate in group discussions (Lodging and meals for self) |
| 40. | Roosevelt Institute | November 10. Hyde Park, New York Participate in Program and address conference (Transportation, lodging and meals for self) |
| 41. | Columbia University and Law School | November 10-11. New York, New York Present Leventhal lecture at the Law School; Participate in discussion groups with students and faculty; Present Wolfgang Friedmann Memorial lecture (Transportation, lodging and meals for self) |
| 42. | Texas Tech Law School | November 16. Lubbock, Texas Participate in discussion groups with students, community and faculty; Present lecture in the Sandra Day O'Connor Lecture Series (Transportation and meals for self) |
| 43. | United Nations High Commission on Human Rights | November 26-27. Geneva, Switzerland Participate in The High Commissioner's Judicial Reference Group discussions (Transportation, lodging and meals for self) |
| 44. | Rockefeller Foundation Board Meeting | November 29-30. New York, New York Participate in Board meetings (Transportation, meals, lodging for self) |
| 45. | National Council for the Social Studies | December 2. San Diego, California Address the annual conference (Transportation and meal for self) |
| 46. | Criminal Justice Legal | December 6. Los Angeles, California |

| | | |
|---|---|---|
| | Foundation | Luncheon Address<br>(Transportation and meal for self) |
| 47. | New Mexico First | December 13. Albuquerque, New Mexico<br>Present remarks and participate in Q&A session<br>(Transportation, lodging and meals for self) |

(1)     ██████████ was a partner in the Bryan Cave law firm.  The indicated value of this entry is the value of a pension plan administered by The Vanguard Group.

(2)     ██████████ was a principal in the law firm of Fennemore, Craig, von Ammon & Udall, P. C. (now Fennemore Craig, P. C.) until December 31, 1981.  The indicated value for this entry is the value of his interest in the firm's pension plan.

(3)     The holding listed as Maricopa County, Arizona Hospital, Revenue Samaritan Health Services has been erroneously listed.  The disclosure should have shown that:
1/2/1998 - Early partial redemption of bond for $5,000.00 and
1/2/2001 - Early final redemption of bond for $5,000.00.

(4)     All the investments in IRA No. 1 were liquidated and the monies transferred to Dodge and Cox Account No. 1.  All investments in IRA No. 2 were liquidated and the monies transferred to Dodge and Cox Account No. 2.

The Dodge and Cox balanced funds accounts are a form of mutual funds.